IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY STEWART as next of kin and
Administrator Ad Litem of the Estate
of DARRIUS STEWART, Deceased, and
HENRY WILLIAMS as next of kin and
Father of DARRIUS STEWART,

    Plaintiffs,

v.                                                                   No. 2:16-cv-02574-SHM

OFFICER CONNOR SCHILLING,
Individually as a former Police
Officer of the Memphis Police Department,

    Defendants.

STIPULATION OF VOLUNTARY NON_SUIT AS TO CONNOR SCHILLING IN HIS
INDIVIDUAL CAPACITY PURSUANT TO FRCP 41(a)(1)(A)(ii)

COME NOW THE PARTIES, MARY STEWART, HENRY WILLIAMS AND CONNOR SCHILLING, INDIVIDUALLY, and announce to the Court:

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, *without prejudice* against the defendant Connor Schilling, Individually, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

As part of this Stipulation, the parties further agree that the plaintiffs may refile within a year or within 60 days of the termination of any appeals related to or stemming from the filing of the instant lawsuit. Further, counsel for Connor Schilling, individually

1

agrees to accept service in the event the matter is refiled. Finally, the parties agree that Plaintiffs shall not amend their initial Complaint to add additional claims or to comport with discovery already taken in this matter.

Stipulated on this, the 11th day of February, 2019.

/s/ Malk Z. Shabazz
Malik Z. Shabazz, Attorney
Representing Plaintiff Mary Stewart

/s/ Carlos E. Moore
Carlos E. Moore, Attorney
Michael S. Carr, Attorney
Murray B. Wells, Attorney
Representing Plaintiff Henry Williams

/s/ Barclay M. Roberts
Deborah E. Godwin, Attorney
Barclay M. Roberts, Attorney
Mary Elizabeth McKinney, Attorney
Representing Defendant Connor Schilling